Thomas P. Giordano, SBN 155548
LAW OFFICE OF THOMAS P. GIORDANO
500 N. State College Blvd., #530
Orange, CA 92868
Tel: (714) 912-7810; (714) 912-7835
Fax: (714) 912-7860; (714) 627-4334

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>FLORASTENE HOLDEN,<br><br>Debtor | Case No. 10-30283-CB<br><br>Chapter 11<br><br>**DEBTOR'S STATUS CONFERENCE REPORT**<br><br>Date: August 3, 2010<br>Time: 2:00 P.M.<br>Place: Courtroom 303<br>3420 Twelfth Street<br>Riverside, CA 92501 |

FLORASTENE HOLDEN, the Debtor and Debtor-in-Possession in the above Chapter 11 case, hereby submits her Status Report as follows:

1. The Debtor filed this Chapter 11 case on June 30, 2010.

2. On or about July 2, 2010 the Debtor's 341(a) Meeting of Creditors was scheduled for August 4, 2010 at 2:30 p.m. at the U.S. Trustee's office located at 3685 Main Street, Suite 300, Riverside, CA 92501.

3. On or about July 7, 2010 the Court set this Status hearing for August 3, 2010 on Debtor's case.

4. On or about July 15, 2010 Debtor filed a Motion in Individual Case for Order Imposing or Continuing the Automatic Stay scheduled for a hearing on July 27, 2010. The Court granted Debtor's Motion at the hearing.

5. The Debtor is still within her "exclusivity period" in which to file her Chapter 11 Plan and Disclosure Statement. Debtor believes that she will be able to prepare and file her Chapter 11 Plan and Disclosure in this case within the statutory guidelines.

6. As of this date, there are no pending Motions for Relief from the Automatic Stay against the Debtor.

7. There are two (2) Proof of Claims that have been filed by Debtor's secured creditors in this case. Real Time Resolutions, in the amount of $81,598.88 secured against Debtor's real property located at 18699 Tohee Street, Perris, CA 92570 and Ford Motor Credit, in the amount of $4,719.95 secured against Debtor's 2002 Ford Expedition.

8. There is an IRS Proof of Claim in the amount of $4,581.83 for priority tax claims for the tax years 2005 and 2009 filed in this case.

9. There are four (4) Proof of Claims for some of Debtor's unsecured creditors filed in this case.

10. Debtor will be filing a Motion to Set a Bar Date for the filing of Proof of Claims in this case.

11. There is no pending litigation and no other known issues in this case.

Respectfully submitted.

Dated: July 30, 2010

**LAW OFFICE OF THOMAS P. GIORDANO**

_____
Thomas P. Giordano, Esq.
Attorney for Debtor

| FLORASTENE HOLDEN | | CHAPTER 11 |
|---|---|---|
| | | CASE NUMBER 10-30283-CB |
| | Debtor(s). | Adversary Case No.: |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

500 N. State College Blvd., #530, Orange, CA 92868

A true and correct copy of the foregoing document described **Debtor's Status Conference Report** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 30, 2010 checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Thomas P Giordano    tohmahso@aol.com
- Elizabeth A Lossing    elizabeth.lossing@usdoj.gov
- Christopher M McDermott    ecfcacb@piteduncan.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- Darlene C Vigil    cdcaecf@bdfgroup.com

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):

On July 30, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached pages

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 30, 2010 | Delores Jackson | _/s/ signature_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1