| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Anthony O. Egbase, Esq. SB#181721<br>Law Offices of Anthony O. Egbase & Associates<br>350 S. Figueroa Street, Suite 189<br>Los Angeles, CA 90071<br>Tel: (213) 620-7070; Fax: (213) 620-1200<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for: Debtor* | **FILED & ENTERED**<br><br>OCT 20 2010<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY ygreen    DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
## __RIVERSIDE__ DIVISION

| In re:<br><br>FLORASTENE HOLDEN<br><br><br><br>Debtor(s). | CASE NO.: 6:10-bk-30283-CB<br>CHAPTER: 11<br><br>**ORDER:**<br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

   a. *Title of motion*: __**Debtor's Emergency Motion for Order Authorizing Debtor's Use of Cash Collateral on Interim Basis Pending a Final Hearing and Emergency Motion for Order and Motion for Entry of an Order Authorizing Debtor to Provide Adequate Assurance of Future Payment to utility companies pursuant to section 366 of the bankruptcy code**__

   b. *Date of filing of motion:* _October 19, 2010

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice ("Application") together with supporting declaration(s):

   a. *Date of filing of Application:*_____October 19, 2010_____

3. Based upon the court's review of the application, **IT IS ORDERED THAT**:

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2009*     Page 1     **F 9075-1.2.ORDER**

a. ☐ **The Application is denied**.  The motion may be brought on regular notice pursuant to LBRs.

b. ☒ **The Application is granted, and IT IS FURTHER ORDERED THAT**:

(1) ☒  A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing Date: October 26, 2010**<br>**Time: 2:00 p.m.**<br>**Courtroom: 303** | **Place:**<br>☐  255 East Temple Street, Los Angeles, CA 90012<br>☐  21041 Burbank Boulevard, Woodland Hills, CA 91367<br>☒  3420 Twelfth Street, Riverside, CA 92501<br>☐  411 West Fourth Street, Santa Ana, CA 92701<br>☐  1415 State Street, Santa Barbara, CA 93101 |

(2) ☒  No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| | |
|---|---|
| a. *Deadlines:*<br>Date*:*    October 20, 2010<br><br>Time:  5:00 p.m. | b. *Persons/entities to be provided with telephonic notice:*<br> - **All Affected parties**<br><br><br>☐ See attached page<br><br>c. **_Telephonic notice is also required upon_ the United States trustee** |

(3) ☒  No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using: ☒ one of the methods checked ☐ all of the methods checked

a.    ☐  Personal Delivery    ☒  Overnight Mail    ☐  First Class Mail    ☒  Facsimile*    ☒  Email*

| | |
|---|---|
| b. *Deadlines:*<br>Date*:*    October 20, 2010<br><br>Time:  5:00 p.m. | c. *Persons/entities to be served with written notice and a copy of this order:*<br> - **All Affected parties**<br> - **20 Largest Unsecured Creditors**<br> - **United States Trustee**<br><br>☐ See attached page<br><br>d. **S*ervice is also required upon*:**<br> -- **United States trustee** *(electronic service is not permitted)*<br> -- **Judge's Copy personally delivered to chambers (***see Court Manual for address***)** |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2009*                                    Page 2                                    **F 9075-1.2.ORDER**

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☒ one of the methods checked  ☐ all of the methods checked

    a.  ☐ Personal Delivery   ☒ Overnight Mail   ☐ First Class Mail   ☒ Facsimile*   ☒ Email*

| b. *Deadlines:* | c. *Persons/entities to be served with motion, declarations, supporting documents:* |
|---|---|
| Date: October 20, 2010 | - **All Affected parties** |
| Time: 5:00 p.m. | - **20 Largest Unsecured Creditors** |
|  | - **United States Trustee** |
|  | ☐ See attached page |
|  | d. *Service is also required upon*: |
|  | -- United States trustee *(no electronic service permitted)* |
|  | -- Judge's Copy personally delivered to chambers (*see Court Manual for address*) |

(5) ☒ Regarding **opposition to the motion**

    ☒ opposition to the motion may be made **orally** at the hearing

    ☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☐ one of the methods checked  ☐ all of the methods checked

    a.  ☐ Personal Delivery   ☐ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☐ Email*

| b. *Deadlines:* | c. *Persons/entities to be served with written opposition to the motion:* |
|---|---|
| Date: | -- movant's attorney (or movant, if movant is not represented by an attorney) |
| Time: |  |
|  | d. *Service is also required upon*: |
|  | -- United States trustee (*electronic service is not permitted*) |
|  | -- Judge's Copy personally delivered to chambers (*see Court Manual for address*) |

(6) ☒ Regarding a **reply to an opposition:**

    ☒ a reply to opposition may be made **orally** at the hearing.

    ☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked  ☐ all of the methods checked

    a.  ☐ Personal Delivery   ☐ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☐ Email*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2009*  Page 3  **F 9075-1.2.ORDER**

| b. *Deadlines:* | c. *Persons/entities to be served with written reply to opposition:* |
|---|---|
| Date*:* | -- All persons/entities who filed a written opposition |
| Time: | |
| | d. *Service is also required upon*: |
| | -- United States trustee *(electronic service is not permitted)* |
| | -- Judge's Copy personally delivered to chambers (*see Court Manual for address*) |

(7) ☐  Other requirements:

(8) ☒  No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **Judge's Copy** of the Declaration of Notice and Service must be personally delivered to the Judge's chambers:

> ☐ at least 2 days before the Hearing.
>
> ☒ no later than:    Date: 10/25/10            Time: 5:00 p.m.

* Service by electronic means (facsimile or email) requires compliance with FRCP 5(b)(2)(E).

###

DATED: October 20, 2010

_____
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2009*                       Page 4                       **F 9075-1.2.ORDER**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

350 S. Figueroa Street, Suite 189, Los Angeles, CA 90071

A true and correct copy of the foregoing document described **ORDER ON APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE** be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and LBR(s), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

   **NOTE:** - *Proposed orders are not docketed. Therefore, do not list any addresses in Category I.*

**II. SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On   10/19/2010   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

- **20 Largest Unsecured Creditors (see attached List)**

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/19/2010 | Joanne Sanchez | /s/ Joanne Sanchez |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

Attorney for Trustee             3685 Main Street, Suite 300
Elizabeth A. Lossig              Riverside, CA 92501
Office of the United State Trustee

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2009*                Page 5                **F 9075-1.2.ORDER**

Secured Creditors:
CERTIFIED MAIL
Attorney for Secured Creditor Bank of America, N.A.
Anne W. Hamann
Pite Duncan LLP
4375 Jutland Drive, Suite 200
PO Box 17933
San Diego, CA 92177-0933

CT Corporation System as Agent for Service of Process for
Bank Of America
818 W. Seventh Street
Los Angeles, CA 90017

Cenlar Federal Savings Bank
P.O. Box 77409
Ewing, NJ 08618

Real Time Resolution, Inc.
1750 Regal Row Suite 120
PO Box 36655
Dallas, TX 75235

Deutshe Bank National Trust Company
GMAC Mortgage, LLC
ATTN: Bankruptcy Department
1100 Virginia Drive
Ft. Washington, PA 19034

GMAC Mortgage, LLC
34551 Hammond Avenue
Waterloo, IA 50702

BAC Home Loans Servicing, LP
450 American Street, #SV4516
Simi Valley, CA 93065-6285

CT Corporation System as Agent for Service of Process for
BAC Home Loans Servicing, LP
818 W. Seventh Street
Los Angeles, CA 90017
GMAC Mortgage, LLC
1100 Virginia Drive
Forth Washington, PA 19034


GMAC Mortgage, LLC
CT Corporation System as Agent for Service of Process for
EMC Mortgage
818 W. Seventh Street
Los Angeles, CA 90017

EMC Mortgage
P.O Box 660753
Dallas, TX 75266-0753

CT Corporation System as Agent for Service of Process for
EMC Mortgage
818 W. Seventh Street
Los Angeles, CA 90017

HSBC
PO BOX 60102
City of Industry, CA 91716

CT Corporation System as Agent for Service of Process for
HSBC
818 W. Seventh Street
Los Angeles, CA 90017

Central Mortgage Company
801 John Barrow Road, Suite 1
Little Rock, AR 72205

Attorney for Secured Creditor Ford Motor Credit Company
Randall P. Mroczynski
Cooksey Toolen Gage Duffy & Woog
535 Anton Blvd 10 floor
Costa Mesa, CA 92626

Ford Motor Credit Company
P.O. Box 7172
Pasadena, CA 91109

SPECIAL NOTICE LIST:
Ramesh Singh
Recovery Management Systems Corp
25 S. E. 2nd Avenue, Suite 1120
Miami, FL 33131

Darlene C. Vigil
Barrett Daffin Frappier Treder Weiss, LLP
20955 Pathfinder Rd, Suite 300
Diamond Bar, CA 91765




Christopher M. McDemott
4375 Jutland Drive, Suite 200
San Diego, CA 92177-0933

TWENTY LARGEST UNSECURED CREDITORS:

Unsecured Creditors:

Allegro Acceptance
P.O. Box 1207

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009                                    Page 6                                    F 9075-1.2.ORDER

San Bruno, CA 94066

Universal Credit Corp
POB 23815
San Diego CA 92193

Central Loan
425 Phillips Blvd
Trenton, NJ 08618-1430

Crd Prt Associates
Attn: Bankruptcy
PO Box 802068
Dallas, TX 75380-2068

Crd Prt Associates
13555 Noel Road, 21st Floor
Dallas, TX 75240-5005

NCO Vegas
1050 E. Flamingto Road
Las Vegas, NV 89119-7427

Department Stores National Bank/Macy's
Bankruptcy Processing
PO Box 8053
Mason, OH 45040

INTERNAL REVENUE SERVICE
P O BOX 21126
PHILADELPHIA PA 19114

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento CA 95812-2952

Ford Motor Credit Company
P.O. Box 7172
Pasadena, CA 91109

HSBC Bank Nevada, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite 200
Tucson, AZ 85712

American Express Travel Related Services
Co, Inc Corp Card
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Enhanced Recovery Corp
8014 Bayberry Road
Jacksonville, FL 32256-7412

Central Accounts
2120 Crestmoor Road, Suite 30
Nashville, TN 37215

Macias Furniture
5750 Van Buren Blvd
Riverside, CA 92503

Cal-Western Recoveyance Corp
P.O. Box 22004
525 East Main Street
El Cajon, CA 92020

Home Depot
PO Box 6028
The Lakes, NV 88901

Western Municipal Water District
450 E. Alessandro Blvd
Riverside, CA 92508

Southern California Edison-
2244 Walnut Grove
Rosemead, CA 91770

The Gas Company
555 W. 5th Street, 17th Floor
Los Angeles, CA

Cenlar Federal Savings Bank
P.O. Box 77409
Ewing, NJ 08618

Real Time Resolution, Inc.
1750 Regal Row Suite 120
PO Box 36655
Dallas, TX 75235

Bank of America, National Association
c/o Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177

CT Corporation System as Agent for Service of Process for
Bank Of America
818 W. Seventh Street
Los Angeles, CA 90017

Deutshe Bank National Trust Company
GMAC Mortgage, LLC
ATTN: Bankruptcy Department

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2009*                                             Page 7                                             **F 9075-1.2.ORDER**

1100 Virginia Drive  
Ft. Washington, PA 19034

GMAC Mortgage, LLC  
34551 Hammond Avenue  
Waterloo, IA 50702

BAC Home Loans Servicing, LP  
450 American Street, #SV4516  
Simi Valley, CA 93065-6285

CT Corporation System as Agent for Service of Process for  
BAC Home Loans Servicing, LP  
818 W. Seventh Street  
Los Angeles, CA 90017  
GMAC Mortgage, LLC  
1100 Virginia Drive  
Forth Washington, PA 19034

GMAC Mortgage, LLC  
CT Corporation System as Agent for Service of Process for  
EMC Mortgage

818 W. Seventh Street  
Los Angeles, CA 90017

EMC Mortgage  
P.O Box 660753  
Dallas, TX 75266-0753

CT Corporation System as Agent for Service of Process for  
EMC Mortgage  
818 W. Seventh Street  
Los Angeles, CA 90017

HSBC  
PO BOX 60102  
City of Industry, CA 91716

CT Corporation System as Agent for Service of Process for  
HSBC  
818 W. Seventh Street  
Los Angeles, CA 90017

Central Mortgage Company  
801 John Barrow Road, Suite 1  
Little Rock, AR 72205

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2009* Page 8 **F 9075-1.2.ORDER**

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed order or judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled    ORDER ON APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and LBR(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of    10/19/2010    , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- **Attorney for Debtor- Anthony Egbase info@anthonyegbaselaw.com**
- **Joseph C Delmotte on behalf of Interested Party Courtsey NEF: ecfcacb@piteduncan.com**
- **Thomas P Giordano on behalf of Debtor Florastene Holden: tohmahso@aol.com, thmspgiordano@gmail.com;attyecf@gmail.com**
- **Anne W Hamann on behalf of Creditor Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee for Certificate holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certifi**
     **ahamann@piteduncan.com, ecfcacb@piteduncan.com**
- **Elizabeth A Lossing on behalf of U.S. Trustee United States Trustee (RS): elizabeth.lossing@usdoj.gov**
- **Christopher M McDermott on behalf of Interested Party Courtsey NE: ecfcacb@piteduncan.com**
- **Randall P Mroczynski on behalf of Creditor FORD MOTOR CREDIT COMPANY: randym@cookseylaw.com**
- **Ramesh Singh on behalf of Interested Party Courtesy NEF: claims@recoverycorp.com**
- **United States Trustee (RS): ustpregion16.rs.ecf@usdoj.gov**

    **Darlene C Vigil on behalf of Interested Party Courtesy NEF: cdcaecf@bdfgroup.com**
☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: No later than the deadline specified in paragraph 3.b.(3) of this order, the party lodging the order must serve a complete copy bearing an "Entered" stamp on the persons/entities identified in paragraph 3.b.(3) using the service method(s) required by paragraph 3.b.(3).

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2009*          Page 9          **F 9075-**

**1.2.ORDER**

☒ Service information continued on attached page

Secured Creditors:
CT Corporation System as Agent for Service of Process for Bank Of America
818 W. Seventh Street
Los Angeles, CA 90017

Cenlar Federal Savings Bank
P.O. Box 77409
Ewing, NJ 08618

Real Time Resolution, Inc.
1750 Regal Row Suite 120
PO Box 36655
Dallas, TX 75235

Deutshe Bank National Trust Company
GMAC Mortgage, LLC
ATTN: Bankruptcy Department
1100 Virginia Drive
Ft. Washington, PA 19034

GMAC Mortgage, LLC
34551 Hammond Avenue
Waterloo, IA 50702

BAC Home Loans Servicing, LP
450 American Street, #SV4516
Simi Valley, CA 93065-6285

CT Corporation System as Agent for Service of Process for
BAC Home Loans Servicing, LP
818 W. Seventh Street
Los Angeles, CA 90017
GMAC Mortgage, LLC
1100 Virginia Drive
Forth Washington, PA 19034

GMAC Mortgage, LLC
CT Corporation System as Agent for Service of Process for EMC Mortgage
818 W. Seventh Street
Los Angeles, CA 90017

EMC Mortgage
P.O Box 660753
Dallas, TX 75266-0753

CT Corporation System as Agent for Service of Process for EMC Mortgage
818 W. Seventh Street
Los Angeles, CA 90017

HSBC
PO BOX 60102
City of Industry, CA 91716

CT Corporation System as Agent for Service of Process for HSBC
818 W. Seventh Street
Los Angeles, CA 90017

Central Mortgage Company
801 John Barrow Road, Suite 1
Little Rock, AR 72205

Ford Motor Credit Company
P.O. Box 7172
Pasadena, CA 91109

SPECIAL NOTICE LIST:
Ramesh Singh
Recovery Management Systems Corp
25 S. E. 2nd Avenue, Suite 1120
Miami, FL 33131

Darlene C. Vigil
Barrett Daffin Frappier Treder Weiss, LLP
20955 Pathfinder Rd, Suite 300
Diamond Bar, CA 91765

TWENTY LARGEST UNSECURED CREDITORS:

Unsecured Creditors:

Allegro Acceptance
P.O. Box 1207
San Bruno, CA 94066

Universal Credit Corp
POB 23815
San Diego CA 92193

Central Loan
425 Phillips Blvd
Trenton, NJ 08618-1430

Crd Prt Associates
Attn: Bankruptcy
PO Box 802068
Dallas, TX 75380-2068

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009    Page 10    F 9075-
**1.2.ORDER**

Crd Prt Associates
13555 Noel Road, 21st Floor
Dallas, TX 75240-5005

NCO Vegas
1050 E. Flamingto Road
Las Vegas, NV 89119-7427

Department Stores National Bank/Macy's
Bankruptcy Processing
PO Box 8053
Mason, OH 45040

INTERNAL REVENUE SERVICE
P O BOX 21126
PHILADELPHIA PA 19114

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento CA 95812-2952

Ford Motor Credit Company
P.O. Box 7172
Pasadena, CA 91109

HSBC Bank Nevada, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite 200
Tucson, AZ 85712

American Express Travel Related Services
Co, Inc Corp Card
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Enhanced Recovery Corp
8014 Bayberry Road
Jacksonville, FL 32256-7412

Central Accounts
2120 Crestmoor Road, Suite 30
Nashville, TN 37215

Macias Furniture
5750 Van Buren Blvd
Riverside, CA 92503

Cal-Western Recoveyance Corp
P.O. Box 22004

525 East Main Street
El Cajon, CA 92020

Home Depot
PO Box 6028
The Lakes, NV 88901

Western Municipal Water District
450 E. Alessandro Blvd
Riverside, CA 92508

Southern California Edison-
2244 Walnut Grove
Rosemead, CA 91770

The Gas Company
555 W. 5th Street, 17th Floor
Los Angeles, CA

Cenlar Federal Savings Bank
P.O. Box 77409
Ewing, NJ 08618

Real Time Resolution, Inc.
1750 Regal Row Suite 120
PO Box 36655
Dallas, TX 75235

Bank of America, National Association
c/o Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177

CT Corporation System as Agent for Service of
Process for Bank Of America
818 W. Seventh Street
Los Angeles, CA 90017

Deutshe Bank National Trust Company
GMAC Mortgage, LLC
ATTN: Bankruptcy Department
1100 Virginia Drive
Ft. Washington, PA 19034

GMAC Mortgage, LLC
34551 Hammond Avenue
Waterloo, IA 50702

BAC Home Loans Servicing, LP
450 American Street, #SV4516
Simi Valley, CA 93065-6285

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2009*                                    Page 11                                    **F 9075-**
**1.2.ORDER**

CT Corporation System as Agent for Service of Process for
BAC Home Loans Servicing, LP
818 W. Seventh Street
Los Angeles, CA 90017
GMAC Mortgage, LLC
1100 Virginia Drive
Forth Washington, PA 19034

GMAC Mortgage, LLC
CT Corporation System as Agent for Service of Process for EMC Mortgage
818 W. Seventh Street
Los Angeles, CA 90017

EMC Mortgage
P.O Box 660753
Dallas, TX 75266-0753

CT Corporation System as Agent for Service of Process for EMC Mortgage
818 W. Seventh Street
Los Angeles, CA 90017

HSBC
PO BOX 60102
City of Industry, CA 91716

CT Corporation System as Agent for Service of Process for HSBC
818 W. Seventh Street
Los Angeles, CA 90017

Central Mortgage Company
801 John Barrow Road, Suite 1
Little Rock, AR 72205

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2009*                                           Page 12                                                  **F 9075-**
**1.2.ORDER**